**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

*Attorneys for Plaintiffs*,
MARY HANNIGAN and
ESTATE OF KURT VON BOEHRENS

DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
FRANK M. LA FLEUR, State Bar #213438
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3826
Facsimile: (415) 554-3837
E-Mail: frank.lafleur@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARY HANNIGAN**, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>**CITY AND COUNTY OF SAN FRANCISCO**, et al.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-02096-LB<br><br>**STIPULATED REQUEST TO CONTINUE SETTLEMENT CONFERENCE; ORDER CONTINUING SETTLEMENT CONFERENCE** |

*Hannigan, et al. v. City and County of San Francisco, et al.* (Case No. 3:23-cv-02096-LB)
Stipulated Request to Continue Settlement Conference & Order Continuing Settlement Conference Case No. 3:23-cv-02096-LB

1

Plaintiffs MARY HANNIGAN and ESTATE OF KURT VON BOEHRENS ("Plaintiffs") and Defendant CITY AND COUNTY OF SAN FRANCISCO ("Defendant"), by and through their undersigned counsel of record, respectfully stipulate and request that the Settlement Conference currently set for May 10, 2024, before the Hon. United States Magistrate Judge Lisa J. Cisneros, be continued to October 9, 2024. In support of this stipulated request, the parties set forth the following facts establishing good cause:

1. This case was referred to the Hon. U.S. Magistrate Judge Lisa J. Cisneros to conduct a settlement conference. ECF No. 20.
2. A settlement conference is presently scheduled for May 10, 2024, at 10:00 AM. ECF No. 25.
3. The parties are actively engaged in discovery and need additional time to identify the individual Defendants, so that they can be substituted in for DOE Defendants, and to complete key discovery, in order to properly evaluate the case and have a productive and meaningful settlement conference.
4. The parties have met and conferred, and agree that the case is not yet ripe for a settlement conference.
5. On April 25, 2024, the Scheduling Order was amended, pursuant to a stipulation of the parties. ECF No. 27.
6. Under the new, operative scheduling order, the ADR completion date (tentative) is now November 6, 2024.
7. The parties have been informed that October 9, 2024, is available for a settlement conference before Your Honor.
8. Accordingly, the parties respectfully request that the Court continue the settlement conference from May 10, 2024, to October 9, 2024, so that additional discovery and case evaluation can be completed.

**WHEREFORE,** based on the above circumstances, the parties respectfully stipulate and request that the Court continue the May 10, 2024, settlement conference to October 9, 2024.

*Hannigan, et al. v. City and County of San Francisco, et al.* (Case No. 3:23-cv-02096-LB)
Stipulated Request to Continue Settlement Conference & Order Continuing Settlement Conference
Case No. 3:23-cv-02096-LB

2

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: May 3, 2024 | **LAW OFFICE OF SANJAY S. SCHMIDT** |
|  | */s/ Sanjay S. Schmidt* <br> By: SANJAY S. SCHMIDT <br> Attorneys for Plaintiffs, <br> MARY HANNIGAN and <br> ESTATE OF KURT VON BOEHRENS |
| Dated: May 3, 2024 | DAVID CHIU <br> City Attorney <br> JENNIFER E. CHOI <br> Chief Trial Deputy <br> FRANK M. LA FLEUR <br> Deputy City Attorney |
|  | */s/ Frank La Fleur\** <br> By: FRANK LA FLEUR <br> Attorneys for Defendant <br> CITY AND COUNTY OF SAN FRANCISCO |

*Mr. La Fleur consented to the filing of this document via CM-ECF.

## **ORDER**

The Court, having considered the parties' stipulated request to continue the settlement conference, and good cause appearing therefor, hereby GRANTS the stipulation. The May 10, 2024, Settlement Conference is continued to October 9, 2024, at 10:00 AM.

**IT IS SO ORDERED.**

Dated: May 6, 2024

_____
HON. LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

*Hannigan, et al. v. City and County of San Francisco, et al.* (Case No. 3:23-cv-02096-LB)
Stipulated Request to Continue Settlement Conference & Order Continuing Settlement Conference Case No. 3:23-cv-02096-LB

3