1  **Sanjay S. Schmidt (SBN 247475)**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1388 Sutter Street, Suite 810
   San Francisco, CA 94109
3  T: (415) 563-8583
   F: (415) 223-9717
4  ss@sanjayschmidtlaw.com
5
   *Attorneys for Plaintiffs*,
6  MARY HANNIGAN and
   ESTATE OF KURT VON BOEHRENS
7
8  DAVID CHIU, State Bar #189542
   City Attorney
9  JENNIFER E. CHOI, State Bar #184058
   Chief Trial Deputy
10 FRANK M. LA FLEUR, State Bar #213438
   Deputy City Attorney
11 Fox Plaza
   1390 Market Street, Sixth Floor
12 San Francisco, California 94102-5408
   Telephone: (415) 554-3826
13 Facsimile: (415) 554-3837
   E-Mail: frank.lafleur@sfcityatty.org
14
15 Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
16
17 **UNITED STATES DISTRICT COURT**
18 **NORTHERN DISTRICT OF CALIFORNIA**
19

| | | |
|---|---|---|
| 20 **MARY HANNIGAN**, et al., | ) | Case No. 3:23-cv-02096-LB |
| 21                  Plaintiffs, | ) ) | **STIPULATED REQUEST TO** |
| | ) | **CONTINUE SETTLEMENT** |
| 22          vs. | ) | **CONFERENCE; ORDER** |
| | ) | **CONTINUING SETTLEMENT** |
| 23 **CITY AND COUNTY OF SAN** | ) | **CONFERENCE** |
| **FRANCISCO**, et al., | ) | |
| 24 | ) | |
|                  Defendants. | ) | |
| 25 | ) | |
| 26 | ) | |
| 27 | — | |

28

*Hannigan, et al. v. City and County of San Francisco, et al.* (Case No. 3:23-cv-02096-LB)
Stipulated Request to Continue Settlement Conference & Order Continuing Settlement Conference Case No.
3:23-cv-02096-LB

Plaintiffs MARY HANNIGAN and ESTATE OF KURT VON BOEHRENS ("Plaintiffs") and Defendant CITY AND COUNTY OF SAN FRANCISCO ("City"), by and through their undersigned counsel of record, respectfully stipulate and request that the Settlement Conference currently set for October 9, 2024, before the Hon. United States Magistrate Judge Lisa J. Cisneros, be continued to January 13, 2025. In support of this stipulated request, the parties set forth the following facts establishing good cause:

1. This case was referred to the Hon. U.S. Magistrate Judge Lisa J. Cisneros to conduct a settlement conference. ECF No. 20.

2. A settlement conference is presently scheduled for October 9, 2024, at 10:00 AM. ECF No. 29.

3. The parties are actively engaged in discovery. Additional time to prepare for the Mandatory Settlement Conference is necessary because an Amended Complaint was filed August 23, 2024, which named several individual defendants – current and former employees of the City (ECF No. 34). Despite the counsel for the City's best efforts, it has not been able to reach all of the individual defendants yet and has been advised that one of the individuals named is deceased. Plaintiffs and the City agree that additional time is necessary to deal with these issues related to the newly named Defendants before the Mandatory Settlement Conference. Further, additional time is also necessary to complete key discovery, in order to properly evaluate the case and have a productive and meaningful settlement conference.

4. The parties have met and conferred, and agree that the case is not yet ripe for a settlement conference.

5. On April 25, 2024, the Scheduling Order was amended, pursuant to a stipulation of the parties. ECF No. 27.

6. Under the new, operative scheduling order, the ADR completion date (tentative) is now November 6, 2024.

7. The parties believe that a Mandatory Settlement Conference after the November 6,

*Hannigan, et al. v. City and County of San Francisco, et al.* (Case No. 3:23-cv-02096-LB)
Stipulated Request to Continue Settlement Conference & Order Continuing Settlement Conference Case No.
3:23-cv-02096-LB

2

2024, date would be best.

8. Accordingly, the parties respectfully request that the Court continue the settlement conference from October 9, 2024, to January 13, 2025, so that additional discovery and case evaluation can be completed.

**WHEREFORE,** based on the above circumstances, the parties respectfully stipulate and request that the Court continue the October 9, 2024, settlement conference to January 13, 2025.

Respectfully Submitted,

Dated: October 4, 2024                    **LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs,
MARY HANNIGAN and
ESTATE OF KURT VON BOEHRENS

Dated: October 4, 2024                         DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
FRANK M. LA FLEUR
Deputy City Attorney

*/s/ Frank La Fleur**
By: FRANK LA FLEUR
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

*Mr. La Fleur consented to the filing of this document via CM-ECF.

## __ORDER__

The Court, having considered the parties' stipulated request to continue the settlement conference, and good cause appearing therefor, hereby GRANTS the stipulation. The October 9, 2024, Settlement Conference is continued to January 13, 2025, at 10:00 AM.

**IT IS SO ORDERED.**

Dated: October 4,  2024

_____

HON. LISA J. CISNEROS

UNITED STATES MAGISTRATE JUDGE

*Hannigan, et al. v. City and County of San Francisco, et al.* (Case No. 3:23-cv-02096-LB)
Stipulated Request to Continue Settlement Conference & Order Continuing Settlement Conference Case No. 3:23-cv-02096-LB

4