Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
ss@sanjayschmidtlaw.com

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: (510) 350-7517
kennedy@helmlawoffice.com

*Attorneys for Plaintiffs*,
MARY HANNIGAN and
ESTATE OF KURT VON BOEHRENS

DAVID CHIU, State Bar #189542
City Attorney
MARK D. LIPTON, State Bar #152864
Assistant Chief Trial Deputy
FRANK M. LA FLEUR, State Bar #213438
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3826
Facsimile: (415) 554-3837
E-Mail: frank.lafleur@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARY HANNIGAN**, individually and as successor in interest to Decedent **KURT VON BOEHRENS**, **ESTATE OF KURT VON BOEHRENS**, by and through the administrator of the estate, Mary Hannigan,<br><br>　　　　　　Plaintiffs,<br><br>　vs. | Case No. 3:23-cv-02096-LB<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: **April 10, 2025**<br>Time: **11:00 a.m.**<br>Via Zoom Webinar |

*Hannigan, et al. v. City and County of San Francisco, et al.*
Updated Joint Case Management Statement
Case No. 3:23-cv-02096-LB

1

|  |  |
|---|---|
| **CITY AND COUNTY OF SAN FRANCISCO**, a municipal corporation, San Francisco Police Department Officers **DOES 1-25**, San Francisco Fire Department Employees **DOES 26-50**, and **DOES 51-75**, jointly and severally, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Plaintiffs and Defendants respectfully submit the following Initial Joint Case Management Conference Statement.

**1. Jurisdiction and Service**

Jurisdiction lies under 28 U.S.C. §§ 1331 and 1343(a)(3)-(4) based on federal question jurisdiction. The Court has supplemental jurisdiction over the common law and state law claims under 28 U.S.C. § 1367.

Defendants do not contest this Court's jurisdiction or venue.

**2. Facts**

There are no updates to this category.

**3. Legal Issues**

There are no updates to this category.

**4. Motions**

There are no updates to this category.

**5. Amendment of Pleadings**

Plaintiffs filed a First Amended Complaint, naming individual Defendants previously identified as DOE Defendants, on August 23, 2024. ECF No. 34. Defendants filed an Answer to the First Amended Complaint, on October 11, 2024. ECF No. 38.

**6. Evidence Preservation**

There are no updates to this category.

**7. Initial Rule 26(a)(1) Disclosures**

There are no updates to this category.

*Hannigan, et al. v. City and County of San Francisco, et al.*
Updated Joint Case Management Statement
Case No. 3:23-cv-02096-LB

**8.      Discovery**

Both sides have served and responded to written discovery requests. The parties have recently met and conferred about various outstanding documents, including, but not limited to, documents and interviews related to the internal affairs investigation into this in-custody death that have not yet been produced. The City is working diligently to marshal and produce the outstanding materials, but it is a time-consuming process.  The Parties continue to work cooperatively and are working to schedule a telephone conference, after the Case Management Conference, to attempt an informal resolution to any outstanding document production issues.

Additionally, Plaintiffs issued a subpoena duces tecum under Federal Rule of Civil Procedure 45 for various materials from the District Attorney's ("DA") Office concerning this in-custody death, but the DA's office has requested an extension to May 5, 2025, based on the representation that responsive records were being compiled.

Plaintiffs have now produced approximately 775 pages of responsive documents.  The Defendants have produced some 2733 documents, including many hours of body worn camera footage.

Due to the pendency of key documents, the case is not quite ready to move into the deposition phase, but counsel are working diligently to complete all written discovery and obtain all outstanding documents, so that depositions can commence.

**9.      Class Actions**

There are no updates to this category.

**10.     Related Cases**

There are no updates to this category.

**11.     Relief**

There are no updates to this category.

**12.     Settlement and ADR**

On February 6, 2025, counsel for the parties held a Telephonic Pre-Settlement Conference with the Hon. U.S. Magistrate Judge Lisa Cisneros. The parties agreed to tentative date for the

*Hannigan, et al. v. City and County of San Francisco, et al.*
Updated Joint Case Management Statement
Case No. 3:23-cv-02096-LB

3

settlement conference of June 23, 2025, which will be held in person and start at 10:00 a.m. Given the complexity of this case, however, the parties and Judge Cisneros set a date of May 23, 2025, by which the parties shall file a joint status report, indicating whether they would like to confirm the June 23, 2025, settlement conference date or propose alternate dates.

**13.    Consent to Magistrate Judge For All Purposes**

There are no updates to this category.

**14.    Other References**

There are no updates to this category.

**15.    Narrowing of Issues**

There are no updates to this category.

**16.    Expedited Trial Procedure**

There are no updates to this category.

**17.    Scheduling**

As explained above, the parties are working diligently to complete written discovery, so that depositions can commence, and are aiming to complete as much discovery as possible in the following weeks. However, the undersigned counsel for Plaintiffs is set to start a ~10-day jury trial on April 22, 2025, and the undersigned counsel for Defendants, likewise, has limited availability. Given the bilateral professional courtesy that counsel wish to extend in this case in order to take into account the schedules of parties, non-party deponents, and counsel in terms of the setting of depositions, given that the DA's office requires until 05/05/25 to respond to the Plaintiffs' subpoena (and it is unknown if all responsive documents will be produced at that time, or whether privileges will be asserted), and given the highly impacted schedules of all counsel, there is a reasonable likelihood that the parties may need to request an additional modification of the scheduling order. This will be known when the City has completed its production and when the DA's office has made its production, at which time counsel can hold a meet and confer call to get depositions on calendar.

*Hannigan, et al. v. City and County of San Francisco, et al.*
Updated Joint Case Management Statement
Case No. 3:23-cv-02096-LB

4

| | | |
|---|---|---|
|1| **18.** | **Trial** |
|2| | There are no updates to this category. |
|3| **19.** | **Disclosure of Non-party Interested Entities or Persons** |
|4| | There are no updates to this category. |
|5| **20.** | **Professional Conduct** |
|6| | There are no updates to this category. |
|7| **21.** | **Other Matters** |
|8| | There are no updates to this category. |

Respectfully Submitted,

Dated: April 3, 2025              **LAW OFFICE OF SANJAY S. SCHMIDT**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs,
MARY HANNIGAN and
ESTATE OF KURT VON BOEHRENS

Dated: April 3, 2025              DAVID CHIU
City Attorney
JAMES F. HANNAWALT
Acting Chief Trial Deputy
FRANK M. LA FLEUR
Deputy City Attorney

*/s/ Frank La Fleur* (as authorized 04/03/25)
By: FRANK LA FLEUR
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

*Hannigan, et al. v. City and County of San Francisco, et al.*
Updated Joint Case Management Statement
Case No. 3:23-cv-02096-LB

5