United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

MARY HANNIGAN, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 23-cv-02096-LB

**SCHEDULING ORDER**

The court issues this revised scheduling order.

| **Case Event** | **Filing Date/Disclosure Deadline/Hearing Date** |
|---|---|
| Second Amended Complaint and blackline due | September 21, 2026 |
| Case-management-conference (videoconference) | September 24, 2026 |
| Both sides' responses to outstanding written discovery; plaintiffs' production of the VA records with a redaction log | September 25, 2026 |
| Lead-trial-counsel conference on all disputes about pre-cutoff discovery; Rule 30(b)(6) meet-and-confer complete; individual defendants' amended Set One responses and privilege logs | October 2, 2026 |
| Consolidated joint discovery letter | October 9, 2026 |
| Defendants' response to the Second Amended Complaint | October 5, 2026 |
| Updated joint case-management-conference statement | October 29, 2026 |

| | |
|---|---|
| Further case-management conference (videoconference) | November 5, 2026, 11 a.m. |
| Close of fact discovery | January 22, 2027 |
| Last day to raise disputes about discovery served after September 18, 2026 | January 29, 2027 |
| Joint status report proposing a schedule through trial | Fourteen days after reassignment |

**IT IS SO ORDERED.**

Dated: September 20, 2026

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California