Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

*Attorneys for Plaintiffs*,
MARY HANNIGAN and
ESTATE OF KURT VON BOEHRENS

David Chiu, State Bar #189542
SAN FRANCISCO CITY ATTORNEY
Jennifer E. Choi, State Bar #184058
Chief Trial Deputy
Frank M. La Fleur, State Bar #213438
Aaron I. Wiener, State Bar #347169
Steven A. Mills, State Bar #328016
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
T: (415) 554-3826
F: (415) 554-3837
frank.lafleur@sfcityatty.org

*Attorneys for Defendants*
CITY AND COUNTY OF SAN FRANCISCO, GENE GABRIEL, CHHUNMENG TOV, ROBERT J. VIGIL, THOMAS LAXTON, GAVIN THOMPSON, KENNETH LINCOLN, SR., and BRENT MARKS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**MARY HANNIGAN**, individually and as successor in interest to Decedent **KURT VON BOEHRENS**, **ESTATE OF KURT VON BOEHRENS**, by and through the administrator of the estate, Mary Hannigan,

Plaintiffs,

vs.

**CITY AND COUNTY OF SAN FRANCISCO**, a municipal corporation, et al.,

Defendants.

Case No. 3:23-cv-02096-LB

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NO. 130)**

Plaintiffs and Defendants (the "Parties"), all through their undersigned counsel of record, and subject to the approval of the Court, respectfully submit the following stipulation and proposed order to modify two dates in the Court's Scheduling Order (ECF No. 130).

**STIPULATION**

On September 23, 2026, the Court issued a revised Scheduling Order setting, among other dates, October 23, 2026, for the Parties' consolidated joint discovery letter, and October 30, 2026, for the production or log from the Dr. Brown targeted search. (ECF No. 130 at 2).

The Court has set a settlement conference for November 5, 2026, at 10:30 a.m. (ECF No. 135).

On October 23, 2026, counsel for the Parties met and conferred by videoconference. So that the Parties can prepare for the settlement conference, they agreed to move the deadline for the consolidated joint discovery letter to November 12, 2026, and to hold a further meet-and-confer videoconference on November 10, 2026, before the letter is filed.

The Parties also agreed to move the date for the production or log from the Dr. Brown targeted search, and related searches, to November 9, 2026.

The Parties do not ask the Court to change any other date in the Scheduling Order. The Court has since vacated the updated joint case-management-conference statement and the further case-management conference. (ECF No. 137). This stipulation does not address the resumed deposition of Dr. Moffatt (ECF No. 130 at 2), which is in dispute and will be presented in the consolidated joint discovery letter.

For the foregoing reasons, and good cause appearing (Fed. R. Civ. P. 16(b)(4)), the Parties respectfully and jointly request that the Court modify the Scheduling Order (ECF No. 130) as follows:

| **Case Event** | **Current Filing Date/Disclosure Deadline/Hearing Date (ECF No. 130)** | **Proposed Filing Date/Disclosure Deadline/Hearing Date** |
|---|---|---|
| Consolidated joint discovery letter | October 23, 2026 | November 12, 2026 |

| Case Event | Current Filing Date/Disclosure Deadline/Hearing Date (ECF No. 130) | Proposed Filing Date/Disclosure Deadline/Hearing Date |
|---|---|---|
| Investigative file for three of the five incidents substantially complete; additional EMSA/DEM drafts produced | October 23, 2026 | No change |
| Updated joint case-management-conference statement | October 29, 2026 | Vacated (ECF No. 137) |
| Deposition of Ms. Hannigan (completed) | October 30, 2026 | No change |
| Production or log from the Dr. Brown targeted search, and related searches | October 30, 2026 | November 9, 2026 |
| Further case-management conference (videoconference) | November 5, 2026 at 11:00 a.m. | Vacated (ECF No. 137) |
| Target date for production-dependent disputes | November 5, 2026 | No change |
| Investigative-files production complete, including the outstanding Mitchell media | November 6, 2026 | No change |
| Close of fact discovery | January 22, 2027 | No change |
| Last day to raise disputes about discovery served after September 18, 2026 | January 29, 2027 | No change |
| Joint status report proposing a schedule through trial | Fourteen days after reassignment | No change |

The Parties will further meet and confer by videoconference on November 10, 2026, before filing the consolidated joint discovery letter on November 12, 2026.

Respectfully Submitted,

Dated: October 23, 2026

**LAW OFFICE OF SANJAY S. SCHMIDT**
**HELM LAW OFFICE, PC**

*/s/ T. Kennedy Helm, IV*
By: T. KENNEDY HELM, IV
Attorneys for Plaintiffs,
MARY HANNIGAN and
ESTATE OF KURT VON BOEHRENS

Dated: October 23, 2026

**CITY ATTORNEY OF SAN FRANCISCO**

*/s/ Frank La Fleur**
By: FRANK LA FLEUR

AARON I. WIENER
STEVEN A. MILLS
DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, GENE GABRIEL, CHHUNMENG TOV, ROBERT J. VIGIL, THOMAS LAXTON, GAVIN THOMPSON, KENNETH LINCOLN, SR., and BRENT MARKS

*Mr. La Fleur consented to the filing of this document via CM-ECF.

**ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing therefor, HEREBY GRANTS the relief the Parties request; the modified dates are as follows:

| **Case Event** | **Current Filing Date/Disclosure Deadline/Hearing Date (ECF No. 130)** | **Proposed Filing Date/Disclosure Deadline/Hearing Date** |
|---|---|---|
| Further meet-and-confer by videoconference | NA | November 10, 2026 |
| Consolidated joint discovery letter | October 23, 2026 | November 12, 2026 |
| Investigative file for three of the five incidents substantially complete; additional EMSA/DEM drafts produced | October 23, 2026 | No change |
| Updated joint case-management-conference statement | October 29, 2026 | Vacated (ECF No. 137) |
| Deposition of Ms. Hannigan complete | October 30, 2026 | No change |
| Production or log from the Dr. Brown targeted search, and related searches | October 30, 2026 | November 9, 2026 |
| Further case-management conference (videoconference) | November 5, 2026 at 11:00 a.m. | Vacated (ECF No. 137) |
| Target date for production-dependent disputes | November 5, 2026 | No change |
| Investigative-files production complete, including the outstanding Mitchell media | November 6, 2026 | No change |
| Close of fact discovery | January 22, 2027 | No change |
| Last day to raise disputes about discovery served after September 18, 2026 | January 29, 2027 | No change |
| Joint status report proposing a schedule through trial | Fourteen days after reassignment | No change |

**IT IS SO ORDERED.**

Dated: October 26, 2026

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE